| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF FLORIDA |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **SCCY Industries, LLC** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **55-0846391** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business**<br><br>**1800 Concept Court**<br>**Daytona Beach, FL 32114**<br>Number, Street, City, State & ZIP Code<br><br>**Volusia**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **SCCY Industries, LLC**  Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor  **SCCY Industries, LLC**                                                             Case number (*if known*)
         Name

List all cases. If more than 1,
attach a separate list
                            Debtor _____        Relationship _____
                            District _____  When _____  Case number, if known _____

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
  Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **SCCY Industries, LLC**  Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August 1, 2025**
MM / DD / YYYY

X **/s/ Joseph Vincent Roebuck**                **Joseph Vincent Roebuck**
Signature of authorized representative of debtor     Printed name

Title  **Chief Executive Officer**

**18. Signature of attorney**

X **/s/ Justin M. Luna**                Date **August 1, 2025**
Signature of attorney for debtor          MM / DD / YYYY

**Justin M. Luna 0037131**
Printed name

**Latham Luna Eden & Beaudine LLP**
Firm name

**201 S. Orange Avenue**
**Suite 1400**
**Orlando, FL 32801**
Number, Street, City, State & ZIP Code

Contact phone  **(407) 481-5800**   Email address  **jluna@lathamluna.com**

**0037131 FL**
Bar number and State

Fill in this information to identify the case:
Debtor name: **SCCY Industries, LLC**
United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**
Case number (if known):

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **2A Truth Holding LLC**<br>**1600 Chevy Chase Drive**<br>**Chase Park, Suite 300**<br>**Austin, TX 78752** | | | | | | **$33,573.06** |
| **Athlon Media Group**<br>**P O Box 306161**<br>**Nashville, TN 37230-6161** | | | | | | **$71,342.09** |
| **BFB, LLC**<br>**PO Box 55**<br>**Valencia, PA 16059** | | | | | | **$283,096.68** |
| **Bista Solutions**<br>**3829 Scamman Ct**<br>**Fremont, CA 94538** | | | | | | **$47,447.50** |
| **Blackhawk Industrial**<br>**Dept #41923**<br>**P.O. Box 650823**<br>**Dallas, TX 75265-0823** | | | | | | **$128,456.64** |
| **Center Point Business Park** | | | | | | **$599,676.61** |
| **Cobb Cole**<br>**One Daytona Blvd Suite 600**<br>**Daytona Beach, FL 32114** | | | | | | **$99,161.75** |
| **CompuSys**<br>**926 S Ridgewood Ave**<br>**Daytona Beach, FL 32114** | | | | | | **$67,039.59** |

Debtor **SCCY Industries, LLC**  
      Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **County of Volusia Attn: Revenue Division 123 W Indiana Ave Room #103 Deland, FL 32720** | | | | | | $406,332.59 |
| **Enterprise Park on Fentress Ltd 4320 Woodland Park Dr. Melbourne, FL 32904** | | | | | | $90,770.27 |
| **Epicor P.O. Box 204768 Dallas, TX 75320-4768** | | | | | | $63,659.80 |
| **Fed Ex Freight 8420-2813-2 Dept CH P.O. Box 10306 Palatine, IL 60055-0306** | | | | | | $32,316.93 |
| **Federal Express Corporation PO Box 660481 Dallas, TX 75266** | | | | | | $49,779.58 |
| **KSE Sportsman (Leviton Law) PO Box 419657 Boston, MA 02241-9657** | | | | | | $116,112.21 |
| **Neuco Distributors PO Box 500 Bostwick, FL 32007** | | | | | | $70,464.80 |
| **Neuintel LLC dba PriceSpider PMB 2003 4000 Barranca Parkway, Suite 250 Irvine, CA 92604** | | | | | | $49,500.00 |
| **Norma Precision 2 East Bryan Street Suite 1300 Savannah, GA 31401** | | | | | | $45,987.07 |
| **Saxe Doernberger & Vita P.C. 35 Nutmeg Dr, Suite 140 Trumbull, CT 06611** | | | | | | $27,475.37 |

Debtor  **SCCY Industries, LLC**  Case number *(if known)*
  Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Stichter Riedel**<br>**110 East Madison Street**<br>**Suite 200**<br>**Tampa, FL 33602** | | | | | | **$34,572.47** |
| **Superior Spring Company**<br>**1260 S. Talt Ave**<br>**Anaheim, CA 92806** | | | | | | **$72,900.00** |

# United States Bankruptcy Court
## Middle District of Florida

In re  **SCCY Industries, LLC**

Debtor(s)

Case No.

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Joseph Vincent Roebuck**<br>**1800 Concept Court**<br>**Daytona Beach, FL 32114** | | **100%** | **Membership Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **August 1, 2025**

Signature  **/s/ Joseph Vincent Roebuck**
**Joseph Vincent Roebuck**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Middle District of Florida

In re: **SCCY Industries, LLC**
Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **August 1, 2025**

**/s/ Joseph Vincent Roebuck**
**Joseph Vincent Roebuck**/**Chief Executive Officer**
Signer/Title

SCCY Industries, LLC
1800 Concept Court
Daytona Beach, FL 32114

Apple Rock Advertising & Promoti
4602 Business Park Drive
Greensboro, NC 27409

Castle Metals
PO Box 844262
Boston, MA 02284-4262

Justin M. Luna
Latham Luna Eden & Beaudine LLP
201 S. Orange Avenue
Suite 1400
Orlando, FL 32801

APS Security
545 Ballough Rd
Daytona Beach, FL 32114

Center Point Business Park

2A Truth Holding LLC
1600 Chevy Chase Drive
Chase Park, Suite 300
Austin, TX 78752

Asana Partners
Asana Partners Fund III REIT 15,
PO Box 23574
New York, NY 10087-3574

Central Hydraulics
1580 N.Nova Rd
Daytona Beach, FL 32114

A1 Propane Inc
357 Sunset Ave
Daytona Beach, FL 32117

Athlon Media Group
P O Box 306161
Nashville, TN 37230-6161

City of Daytona Beach Permits &
Licensing
Permits & Licensing Division
PO Box 311
Daytona Beach, FL 32115

Advanced Industrial Measurement
Attn: Mark Gearding
2580 Kohnle Drive
Miamisburg, OH 45342

Auto-Owners Insurance Company
c/o Chief Financial Officer, RA
200 E. Gaines St.
Tallahassee, FL 32399

City of Daytona Utility
P.O. Box 2455
Daytona Beach, FL 32115

AdvanceWare
137 Alton Parkway #154-120
Irvine, CA 92618

BFB, LLC
PO Box 55
Valencia, PA 16059

Climate Control Heating & Air
1315-A LPGA Blvd
Daytona Beach, FL 32117

Aflac
1932 Wynnton Rd
Columbus, GA 31999

Bista Solutions
3829 Scamman Ct
Fremont, CA 94538

CMG West LLC
PO BOX 7772
Appleton, WI 54913

Airgas
PO Box 532609
Atlanta, GA 30353

Blackhawk Industrial
Dept #41923
P.O. Box 650823
Dallas, TX 75265-0823

Cobb Cole
One Daytona Blvd
Suite 600
Daytona Beach, FL 32114

Almco
507 West Front Street
Albert Lea, MN 56007

Braddock Industrial
400 Fentress Blvd
Daytona Beach, FL 32114

Cole Publishing
PO Box 220
Three Lakes, WI 54562

Commercial Funding Inc.
170 South Main Street
Suite 700
Salt Lake City, UT 84101

EMJ Metals
PO Box 8538-619
Philadelphia, PA 19171-0619

Fed Ex 6291-5941-0
PO Box 660481
Dallas, TX

CompuSys
926 S Ridgewood Ave
Daytona Beach, FL 32114

Empire Precision Plastics
Empire Precision
500 Lee Road, suite 400
Rochester, NY 14606

Fed Ex Freight 8420-2813-2
Dept CH
P.O. Box 10306
Palatine, IL 60055-0306

Connecticut Spring & Stampling
Dept 106018
PO BOX 150431
Hartford, CT 06115-0431

Employers Precise Pay (WC Ins)
PO Box 52791
Phoenix, AZ 85072-2791

Federal Express Corporation
PO Box 660481
Dallas, TX 75266

County of Volusia
Attn: Revenue Division
123 W Indiana Ave Room #103
Deland, FL 32720

Enterprise Park on Fentress Ltd
4320 Woodland Park Dr.
Melbourne, FL 32904

Federal Express Corporation
PO Box 660481
Dallas, TX 75266

D.G. Meyer
P.O. Drawer 730008
Ormond Beach, FL 32173-0008

Epicor
P.O. Box 204768
Dallas, TX 75320-4768

Florida Blue

DeLage Landen (Advanced Recovery
PO Box 41602
Philadelphia, PA 19101-1602

Equipment Finance Group, LLC
200 Clark Street
Dayton, KY 41074

Florida Department of Revenue
5050 W Tennessee St
Tallahassee, FL 32399-0125

Delta Defense
1000 Freedom Way
West Bend, WI 53095

Eriez Manufacturing
2200 Asbury Rd
Erie, PA 16506-1402

Florida Graphic
503 Mason Avenue
Daytona Beach, FL 32117

Dex Imaging
PO Box 17299
Clearwater, FL 33762

Evergreen Planner Industrial
Room 806, 8/F
721 Nathan Rd
Kowloon Hong Kong HK

FPL Concept CT

Edge Technologies
A Division Of Hydromat Inc.
11600 Adie Road
Maryland Heights, MO 63043

Fanuc America Corporation-Fanuc
1800 Lakewood Boulevard
Hoffman Estates, IL 60192

FPL Hyde Park
FPL Unit 205

| | | |
|---|---|---|
| FPL Hyde Park<br>FPL Hyde Park Unit 420 | Hyde Park Storage Suites Daytona<br>11106 Treynorth Drive<br>Cornelius, NC 28031 | Manufacturers Capital<br>a division of CCG and CCI<br>227 West Trade Street<br>Suite 1450<br>Charlotte, NC 28202 |
| FPL Mason | International Die Casting<br>515 East Airline Way<br>Gardena, CA 90248 | Manufacturers Capital<br>a division of CCG and CCI<br>525 N Tryon Street<br>Suite 1000<br>Charlotte, NC 28202 |
| Free Fire Media<br>PO Box 1334<br>Mandeville, LA 70470 | IPFS<br>PO Box 730223<br>Dallas, TX 75373-0223 | Manufacturers Capital<br>a division of CCG and CCI<br>525 N Tryon Street<br>Suite 1000<br>Charlotte, NC 28202 |
| GoKlean Products LLC<br>1220 Biscayne Blvd<br>Unit L<br>Deland, FL 32724 | iPS Packaging | Manufacturers Capital<br>a division of CCG and CCI<br>525 N Tryon Street<br>Suite 1000<br>Charlotte, NC 28202 |
| Great America<br>PO Box 660831<br>Dallas, TX 75266-0831 | Joseph Vincent Roebuck<br>1800 Concept Court<br>Daytona Beach, FL 32114 | Manufacturers Capital<br>a division of CCG and CCI<br>525 N Tryon Street<br>Suite 1000<br>Charlotte, NC 28202 |
| Great America Leasing Corp.<br>PO Box 609<br>Cedar Rapids, IA 52406 | Kaiser Aluminum (Tucker, Albin)<br>22208 Network Place<br>Chicago, IL 60673-1222 | Manufacturers Capital<br>a division of CCG and CCI<br>525 N Tryon Street<br>Suite 1000<br>Charlotte, NC 28202 |
| H&M Metal Processing<br>1926 Spearing St.<br>Jacksonville, FL 32206 | KSE Sportsman (Leviton Law)<br>PO Box 419657<br>Boston, MA 02241-9657 | Manufacturers Capital<br>a division of CCG and CCI<br>525 N Tryon Street<br>Suite 1000<br>Charlotte, NC 28202 |
| Hexagon Manufacturing Intelligen<br>Lockbox 771742<br>1742 Solutions Center<br>Chicago, IL 60677-1007 | Makino<br>DEPT CH 16443<br>Palatine, IL 60055-6443 | Manufacturers Capital<br>a division of CCG and CCI<br>525 N Tryon Street<br>Suite 1000<br>Charlotte, NC 28202 |
| Humana Health Plan<br>PO Box 4607<br>Carol Stream, IL 60197-4607 | Manufacturers Capital<br>a division of CCG and CCI<br>525 N Tryon Street<br>Suite 1000<br>Charlotte, NC 28202 | Manufacturers Capital<br>a division of CCG and CCI<br>525 N Tryon Street<br>Suite 1000<br>Charlotte, NC 28202 |

| | | |
|---|---|---|
| Manufacturers Capital<br>a division of CCG and CCI<br>525 N Tryon Street<br>Suite 1000<br>Charlotte, NC 28202 | Martin & Associates, PL<br>101 S. Palmetto Ave, Ste 2<br>Daytona Beach, FL 32114 | NextGenCam<br>8524 Hwy 6 N<br>Suite 553<br>Houston, TX 77095 |
| Manufacturers Capital<br>a division of CCG and CCI<br>525 N Tryon Street<br>Suite 1000<br>Charlotte, NC 28202 | McGuire Sponsel<br>attn: accounts Receivable<br>201 N Illinois St, Suite 1000<br>Indianapolis, IN 46204 | Norma Precision<br>2 East Bryan Street<br>Suite 1300<br>Savannah, GA 31401 |
| Manufacturers Capital<br>a division of CCG and CCI<br>525 N Tryon Street<br>Suite 1000<br>Charlotte, NC 28202 | Media Lodge<br>P.O. Box 685<br>Lebanon, GA 30146-0685 | Orchid<br>PO Box 270862<br>West Hartford, CT 06127 |
| Manufacturers Capital<br>a division of CCG and CCI<br>227 West Trade Street<br>Suite 1450<br>Charlotte, NC 28202 | Methods Machine Tools, Inc<br>PO Box 382<br>Sudbury, MA 01776 | Phoenix Publishing<br>45 Fein Lane<br>Center Conway, NH 03813 |
| Manufacturers Capital<br>a division of CCG and CCI<br>227 West Trade Street<br>Suite 1450<br>Charlotte, NC 28202 | MIL & LEO Rebate, Edward Dyer<br>748 Tanley St<br>Sandersville, GA 31082 | Quadient<br>Dept 3689<br>PO Box 123689<br>Dallas, TX 75312-3689 |
| Manufacturers Capital<br>a division of CCG and CCI<br>525 N Tryon Street<br>Suite 1000<br>Charlotte, NC 28202 | NASGW*<br>1255 SW Prairie Trail Parkway<br>Ankeny, IA 50023 | Ready Refresh<br>Blue Triton Brands, Inc.<br>P.O. Box 856680<br>Louisville, KY 40285-6680 |
| Manufacturers Capital<br>a division of CCG and CCI<br>525 N Tryon Street<br>Suite 1000<br>Charlotte, NC 28202 | Neuco Distributors<br>PO Box 500<br>Bostwick, FL 32007 | Renishaw<br>1001 Wesemann Drive<br>Dundee, IL 60118 |
| Manufacturers Capital<br>a division of CCG and CCI<br>227 West Trade Street<br>Suite 1450<br>Charlotte, NC 28202 | Neuintel LLC dba PriceSpider<br>PMB 2003<br>4000 Barranca Parkway, Suite 250<br>Irvine, CA 92604 | Renzulli Law Firm, LLP<br>One North Broadway<br>Suite 1005<br>White Plains, NY 10601 |
| Manufacturers Capital<br>a division of CCG and CCI<br>525 N Tryon Street<br>Suite 1000<br>Charlotte, NC 28202 | Newcomb Spring<br>5408 Panola Industrial Blvd<br>Decatur, GA 30035 | Ring Power<br>PO Box 935004<br>Atlanta, GA 31193-5004 |

SAIA Freight
PO Box 730532
Dallas, TX 75373-0532

Superior Spring Company
1260 S. Talt Ave
Anaheim, CA 92806

Saxe Doernberger & Vita P.C.
35 Nutmeg Dr, Suite 140
Trumbull, CT 06611

Syracuse Supply (APT)
43 County Route 59
Phoenix, NY 13135

Sierra Western
3765 Mauna Loa Street
Brea, CA 92823

Tax Commision

Single Source Technologies
Dept Ch 16443
Palatine, IL 60055-6443

Team Life
291 Route 34, Suite B
Colts Neck, NJ 07722-1114

SinterFire
200 Industrial Park Road
Kersey, PA 15846

US Fastener
20 Rancho Circle
Lake Forest, CA 92630

Spectrum Enterprise
Box 223085
Pittsburgh, PA 15251-2085

WS Dodge Oil Co
3710 Fruitland Ave
Maywood, CA 90270

Standard Press
1210 Menlo Drive NW
Atlanta, GA 30318

Zoller Inc.
3900 Research Park Drive
Ann Arbor, MI 48108

Staples Business Credit
PO Box 105638
Atlanta, GA 30348-5638

Stichter Riedel
110 East Madison Street
Suite 200
Tampa, FL 33602